720

No. 187. The Evergreens *v.* Commissioner of Internal Revenue. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John H. Jackson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Robert N. Anderson* and *Joseph M. Jones* for respondent. █

No. 191. Beretta *v.* Commissioner of Internal Revenue. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *John K. Beretta, pro se. Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Walter J. Cummings, Jr.,* and *Misses Helen R. Carloss* and *Helen Goodner* for respondent. █

No. 195. Soeder et al. *v.* United States. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. H. W. Kiser* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Robert N. Anderson,* and *Spurgeon Avakian* for the United States. █

No. 202. Landis Machine Co. *v.* Chaso Tool Co., Inc. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. William A. Strauch* and *James A. Hoffman* for petitioner. *Mr. J. Harold Kilcoyne* for respondent. █